COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FT. LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Franklin Gell (J)# | CASE NO: | 00-4199-BSS |
| AUSA: | Don Chase present | ATTNY: | Simon Steckel present |
| AGENT: | DEA | VIOL: | PWID MDMA (temp) |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD — yes/no   COUNSEL APPOINTED: _____

BOND SET @ $150,000 — 10% cash w/ nebbia

CO-SIGNATURES: aunt.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services Treatment as deemed necessary.
6) Maintain or seek full-time employment (verified)
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: Dade + Broward Counties.
12) Halfway House
    Electronic Monitoring

Reside at Dismas House & (can leave for work, trial prep + meet w/ atty)
No illegal drugs or prescriptive alcohol

✓ Advised of charge
✓ Sworn

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-21-00 | 11:00am | SNOW | ✓ |
| Nebbia hrg | 8-14-00 | 11:00am | SNOW | ✓ |
| PRELIM/ARRAIGN. or REMOVAL: | 8-21-00 | 11:00am | LSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 8-11-00   TIME: 11:00am   TAPE # 00-067  PG # 10
600 - 691
Recalled.
1569 —   ½