UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO.: 00-4199-CR-SELTZER

    Plaintiff,

vs.

                                DEFENDANT'S RESPONSE PURSUANT
                                TO NEBBIA BOND REQUIREMENT

FRANKLIN GELL,

    Defendant.
_____/

       COMES NOW the Defendant, FRANKLIN GELL, by and through his undersigned counsel and respectfully provides the following response to the Court's Nebbia requirement on the previously set bond:

       1. On or about August 11, 2000, the Court set bond in the above-styled case, to wit: a one hundred and fifty thousand dollar ($150,000.00) 10% personal surety bond to be co-signed by his aunt, Hilda Morillas, as well as other reporting requirements and obligations, with a Nebbia requirement. The defendant would respond to the Nebbia requirement with the following:

       2. The defendant's family has been able to raise $15,000.00 (10% of $150,000.00). The sources of the money is documented as follows. The defendant's Aunt, Hilda Morillas, has agreed to post $15,000.00 of her life savings towards the defendant's bond. She resides at 7830 S.W. 85th Court, Miami, Florida 33143. She has been a school teacher for Dade County for almost thirty years. For the past twenty four years, she has taught at Gloria Floyd Elementary School in Miami, Florida. She is an American citizen. The fifteen thousand dollars has been withdrawn from her life savings and incorporated into a cashier's check drawn on City National Bank and made payable to the Clerk of the Court, United States District Court (See attached exhibit #1).

3. With regards to the defendant's Aunt, Hilda Morillas, co-signing on the one hundred and fifty thousand dollar 10% personal surety bond, by her signature she has agreed to guarantee her home as collateral for the bond. She resides at 7830 S.W. 85th Court, Miami, Florida 33143. Her home was purchased approximately 23 years ago for $63,000.00 together with her husband. As part of a divorce settlement in 1985, she became sole owner of the home. The home currently has a mortgage of approximately $13,000.00. The home is currently worth approximately $250,000.00 with an available equity of approximately $237,000.00 (See attached exhibit #2).

WHEREFORE, pursuant to the above response by the defendant to the Nebbia bond requirement, the undersigned would respectfully request that the Court accept the above described tendered property and permit the defendant to be released.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel. (305) 373-1900

By: _____
SIMON T. STECKEL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to AUSA Don Chase. United States Attorney's Office, Fort Lauderdale, Florida this ___ day of August, 2000.

By: _____
SIMON T. STECKEL



EXHIBIT #1

**City National Bank**
OF FLORIDA

361981

Date _____

Pay to the order of _____ $ ****

_____ and Zero Cents*** _____ Dollars

Cashier's Check

"0361981"  :066004367:  1500000050"

EXHIBIT #2



Warranty Deed

To

House 7830 SW 85 of

# This Indenture,

Made this ... day of February A.D. 1986.
BETWEEN JULIO MORILLAS
of the County of DADE, State of Florida, party of the first part, and
HILDA Y. MORILLAS
of the County of DADE, State of Florida, whose post office address is
7830 S.W. 65th Court
Miami, Florida 33143
party of the second part,

**Witnesseth,** That the said party of the first part, for and in consideration of the sum of
TEN ($10.00) Dollars
in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said party of the second part, her heirs and assigns forever, the following described land, situate and being in the County of DADE, State of Florida, to wit:

Lot 6, Block 2, of KINGS CREEK NORTH,
SECTION TWO, according to the Plat thereof, recorded in Plat Book 99 at Page 5
of the Public Records of Dade County, Florida

RECORDED IN OFFICIAL RECORDS BOOK
OF DADE COUNTY, FLORIDA
RECORD VERIFIED
RICHARD P. BRINKER
CLERK CIRCUIT COURT

And the said party of the first part does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**In Witness Whereof,** The said party of the first part has hereunto set his hand and seal the day and year first above written.

Signed, sealed and delivered in the presence of

[L.S.]
[L.S.]
[L.S.]
[L.S.]

STATE OF FLORIDA
COUNTY OF DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgments, personally appeared
JULIO MORILLAS
to me known to be the person described in and who executed the foregoing instrument and he acknowledged before me that he executed the same.
WITNESS my hand and official seal in the County and State last aforesaid this 10th day of February A.D. 1986.

Notary Public, State of Florida at Large
My Commission Expires January 20, 1989
Bonded thru Maynard Bonding Agency

This Instrument prepared by: PAUL M. RASHKIND, ESQUIRE
4770 Biscayne Boulevard, Suite 950
Miami, Florida 33137
Telephone: (305) 573-4400