**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: FRANKLIN GELL (J) | CASE NO: 00-4199-BSS |
| AUSA: DON CHASE *pres* | ATTY: SIMON STECKEL *pres* |
| AGENT: | VIOL: |
| PROCEEDING: NEBBIA HEARING | RECOMMENDED BOND: $150,000 10% W/NEBBIA SET BY JUDGE SELTZER |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED BY *JN* D.C.
AUG 14 2000
CLARENCE MADDOX
CLK. OF FLA. DIST. CT.
FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Nebbia requirement met - deft may post the bond*

*Waiver of timely prelim executed*
*prelim continued*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8/29 | 11 | BSS | FTL |
| STATUS CONFERENCE: | | | | |

DATE: 8/14/00  TIME: 11:00  FTL/LSS TAPE # 00 - 040  Begin: GS  End: 225

