**UNITED STATES DISTRICT COURT**
Southern District of Florida

CO-4199-BSS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: CR 55427-004 |
| Plaintiff | ) | |
| | ) | REPORT COMMENCING CRIMINAL |
| -vs- | ) | ACTION |
| | ) | |
| FRANKLIN GELL | ) | |
| Defendant | | USMS Prisoner No: |

FILED by D.C.
AUG 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*****************************************************
TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court            FT. PIERCE
                      (circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.
*****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-10-00   3:30 am/**pm**

(2) Language Spoken: English / Spanish

(3) Offense(s) Charged: POSS w/ INTENT TO DISTRIBUTE MDMA

(4) U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 07/19/69

(6) Type of Charging Document: (check one)
    [ ] Indictment   [X] Complaint to be filed/already filed
    Case #_____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN DIST OF FLA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [ ] NO

Amount of Bond: $ To BE SET
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: TFA GIACOMINO

(10) Agency: DEA   (11) Phone: 489-1700

(12) Comments: _____