PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs. FRANKLIN GELL                     Docket No. 00-4199-SELTZER

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant FRANKLIN GELL, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in the Court at FT. LAUD., on AUGUST 11, 2000, under the following conditions:

Reside at Dismas House, no passport, no law violations. drug testing and treatment, report to PTS as directed, remain employed. no contact with victims/witnesses, travel limited to Broward and Dade, curfew 10 p.m. to 6 a.m.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant was unsuccessfully terminated from Dismas Halfway House on or about August 31, 2000 for possessing a cellular telephone and over $7,000 in unaccountable U.S. currency.

PRAYING THE COURT WILL ORDER THAT BOND BE REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT

Considered and ordered this _1st_ day of _Sept_, 2000 and ordered filed and made a part of the records in the above case.

Hon. Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

James T. Jamros
U.S. Pretrial Services Officer

Place: FT. LAUD.

Date: September 1, 2000