AO 442 (Rev 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ /s/ _____
Date 9/1/00 Deputy Clerk

**United States of America**
v
**FRANKLIN GELL**

## WARRANT FOR ARREST

Case Number: 00-4199-SELTZER

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ FRANKLIN GELL

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant was unsuccessfully terminated from Dismas Halfway House on or about 8/31/00 for possessing a cellular telephone and over $7,000 in unaccountable U.S. currency.

in violation of Title __18__ United States Code, Section(s) __3148__

JAMES T. JAMROS
Name of Issuing Officer

_signature_
Signature of Issuing Officer

BSS
Bail fixed at $ __NONE__

United States Pretrial Services Officer
Title of Issuing Officer

September 1, 2000, Fort Lauderdale, FL.
Date and Location

by _signature_
Hon. Barry S. Seltzer, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |