DEFT: Franklin Gell (J)#    CASE NO: 00-4199-BSS
AUSA: Don Chase / Robin Rosenbaum    ATTNY: Simon Steckel _not present_
AGENT: PTS: Jamros    VIOL:
PROCEEDING: Initial Appearance on Bond Violation    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
SEP 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

∆ - advised of charge
atty. not present —
matter set
to next Tuesday

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY OF COUNSEL
PTR/BOND HEARING: Revocation    9-5-00    11:00am    BSS
PRELIM/ARRAIGN. OR REMOVAL:    9-13-00    11:00am    Snow
STATUS CONFERENCE:
DATE: 9-1-00    TIME: 11:00am    TAPE # 00-070 PG # 736-821