AO 442 (Rev. 12/85) Warrant for Arrest                                       503654

## United States District Court
### for the
### Southern District of Florida

**United States of America**

v

**FRANKLIN GELL**

# WARRANT FOR ARREST

**Case Number: 00-4199-SELTZER**

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ FRANKLIN GELL

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant was unsuccessfully terminated from Dismas Halfway House on or about 8/31/00 for possessing a cellular telephone and over $7,000 in unaccountable U.S. currency.

in violation of Title __18__ United States Code, Section(s) __3148__

JAMES T. JAMROS                              United States Pretrial Services Officer
Name of Issuing Officer                        Title of Issuing Officer

_[signature]_                                September 1, 2000, Fort Lauderdale, FL.
Signature of Issuing Officer                   Date and Location

Bail fixed at $ __NONE__                      by _[signature]_
                                              Hon. Barry S. Seltzer, U.S. Magistrate Judge
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DISMAS HOUSE, Dania FL

| DATE RECEIVED 9/1/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | James A. Tassone, USM | Ed Purchase, SDUSM |
| DATE OF ARREST 9/1/2000 |  |  |