COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Franklin Gell (J)#     CASE NO: 00-4199-BSS

AUSA: Robin Rosenbaum /present     ATTNY: Simon Steckel /present

AGENT: PTS: Jim Jamros     VIOL:

PROCEEDING: Bond revocation hearing     BOND REC:

BOND HEARING HELD - yes/no     COUNSEL APPOINTED:

FILED by D.C.
SEP 5 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /for ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
____ Electronic Monitoring

J- admits to allegations but says it did not violate his bond.

J- sworn

J- cont'd on bond as set but must now reside at Riverside House in Dade County

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE: Dade County

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-5-00    TIME: 11:00am    TAPE # 00-270
3251 3143
Recalled
3600-3654
CC 071