

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4199-BSS

UNITED STATES OF AMERICA

vs.

Franklin Gell

**ORDER ON BOND MOTION**

This Cause came before the Court upon motion of (d̶e̶f̶e̶n̶d̶a̶n̶t̶) x̶(̶g̶o̶v̶e̶r̶n̶ment) (Pretrial Services) to (r̶e̶d̶u̶c̶e̶) (i̶n̶c̶r̶e̶a̶s̶e̶) (m̶o̶d̶i̶f̶y̶) (revoke) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

__X__ The motion is **DENIED**; bond remains at: $150,000-10% Cash

____ The motion is **GRANTED**; bond is set at:_____

In addition to the standard conditions of bond, the following special conditions are hereby imposed:

____ Surrender passports and travel documents to Pretrial Services.
____ Travel restricted to SD/FL
____ Report to Pretrial Services ___ times a week/month by phone; ___ times week/month in person.
____ Submit to random urinalysis by Pretrial Services.
____ Treatment and/or counseling as deemed necessary by Pretrial Services.
____ Maintain/actively seek full-time employment.
____ Avoid contact with victims or witnesses.
____ Refrain from possessing firearm.
____ Curfew imposed _____
__X__ Other: Must reside at Riverside House in Dade County.

DONE AND ORDERED at Ft. Lauderdale this __5__ day of September, 2000

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Defense - Simon Steckel, Esq.
    Pretrial Services - James Jamros

