FILED by ___ D.C.
SEP 2 2 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DFC:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ____________________
21 U.S.C. §846
21 U.S.C. §841(a)(1)

00-6280
CR-RYSKAMP

MAGISTRATE JUDGE
JOHNSON

UNITED STATES OF AMERICA, )

vs.

FRANKLIN GELL,

Defendant.

## INFORMATION

The United States Attorney charges that:

From on or about July 7, 2000 and continuing to on or about August 10, 2000, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

FRANKLIN GELL,

did knowingly and intentionally combine, conspire, confederate and agree with persons unknown to the Grand Jury to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of Methylenedioxy Methamphetamine (MDMA), commonly referred to as "ecstasy," in violation of Title 21, United States Code, Section 841(a)(1).

9/15



In violation of Title 21, United States Code, Section 846.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY