AO 455 (Rev. 5/85) Waiver of Indictment

REC'D by _____ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

FRANKLIN GELL

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6280-CR

Ryskamp

FILED by _____ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

I, FRANKLIN GELL _____, the above named defendant, who is accused of 2 counts of distribution and one count of possession with the intent to distribute Methylenedioxy Methamphetamine (MDMA), a Schedule I controlled substance commonly referred to as "ecstasy", and

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

9-22-00 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.
Date

FRANKLIN GELL
Defendant

SIMON STECKEL
Counsel for Defendant

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.