FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

REC'D by
SEP ~~ ~~ 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6280-CR-Ryskamp

UNITED STATES OF AMERICA

vs

FRANKLIN GELL

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on September 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: _On Bond_____

                    _____

                    Telephone: _____

DEFENSE COUNSEL:    Name: _Simon Steckel_____
                    Address: _701 Brickell Avenue, Suite 3260_
                    _Miami, Fl. 33131_____
                    Telephone: _305-536-6495_____

BOND SET/CONTINUED:  $ _as set._____

Bond hearing held: yes_____ no____  Bond hearing set for_____

Dated this _22nd_____ day of _September_, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Amy Jordan_____
    Deputy Clerk

Tape No. _00-050_____

cc: Copy for Judge
    U. S. Attorney

17