# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by _____ D.C.
SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | |
|---|---|---|---|
| DEFT: | FRANKLIN GELL | CASE NO: | 00-6280-CR-Ryskamp |
| AUSA: | Donald Chase | ATTY: | Simon Steckel - *permanent* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment on Information & Inquiry Re Counsel | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no        COUNSEL APPOINTED: _____

BOND SET @: _____    REC'D by _____ D.C.   To be cosigned by: _____

SEP 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full-time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of information Waived
Not Guilty plea entered
Jury trial demanded

- Waiver of indictment signed by defendant.
- Defense Counsel will call Judge Ryskamp's chambers to schedule change of Plea.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: September 22, 2000    TIME: 11:00 A.M.    FTL/LSS TAPE # 00-050    Begin: _____    End: _____