UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6280 CR Ryskamp/Johnson

UNITED STATES OF AMERICA,

vs

FRANKLIN GELL,

    Defendant.

_____/

### CLERK'S NOTICE CORRECTING CLERICAL ERROR

Pursuant to this District's policy of Random Case Assignment and due to a clerical error during the Clerk's assignment process, the above referenced case was INCORRECTLY assigned on the cover sheet and pleadings as Case Number 00-6280 CR Ryskamp/Johnson .

The correct Case Number is 00-6280 CR Dimitrouleas/Snow . Therefore, all papers submitted for filing shall bear the CORRECTED case number and judicial officer as follows:

00-6280 CR Dimitrouleas/Snow.

Entered in West Palm Beach, Florida, this 26th day of September, 2000.

CLARENCE MADDOX, Clerk

By: _____
       Deputy Clerk

cc:  District Judges
      Magistrate Judges
      Donald F. Chase II, AUSA
      Simon Steckel, Esquire

