**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
NOV 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6280-CR-WPD   DATE: November 9, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Franklin Sell

U.S. ATTORNEY: Nancy Worge Quinlan   DEFT. COUNSEL: Simon Steckel
m Don Chase

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the court. Deft to enter guilty plea to Count 1 of Information. Court accepts guilty plea & Deft is adjudicated guilty.

CASE CONTINUED TO: 1/19/01   TIME: 10:45   FOR: Sentencing
MISC: written plea agreement filed.

