UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,        CASE NO.: 00-6280-CR-DIMITROULEAS

    Plaintiff,

vs.                              UNOPPOSED AND AGREED
                                 MOTION TO MODIFY BOND
FRANKLIN GELL,                   TO PERMIT FURLOUGH

    Defendant.

_____/



**NIGHT BOX FILED**
**DEC 2 0 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

COMES NOW the Defendant, FRANKLIN GELL, by and through his undersigned counsel, pursuant to 18 U.S.C. §3142, and files this his Unopposed and Agreed Motion to Modify Bond to Permit Furlough and respectfully moves this Honorable Court to modify his previously set bond and as grounds therefore would state:

    1.    The Defendant, FRANKLIN GELL, is charged with the violation of federal narcotics laws.

    2.    The Defendant, FRANKLIN GELL, has resided in Miami, Florida, since his birth and is currently thirty one years old.

    3.    On or about August 11, 2000, the Defendant appeared before the Honorable United States Magistrate Judge Barry Seltzer for his initial appearance and the setting of bond. At that time this Honorable Court, with the recommendation of the government, set a bond of $150,000.00 with 10% deposited with the Clerk of the Court as well as other special reporting conditions. Additionally, the Defendant was ordered to reside at Dismas House in Broward County, Florida. Thereafter, on or about September 5, 2000, the Defendant's bond was modified to change his

residence from Dismas House in Broward County, Florida to Riverside House in Dade County, Florida. The Defendant has complied with all conditions of release. Further, the Defendant has previously entered a plea of guilty in this cause and is currently awaiting sentencing in January 2001. Based upon my recent receipt of the presentence report, the Defendant's exposure is limited to 18 to 24 months imprisonment.

4. At this time the United States of America, through Assistant United States Attorney Don Chase, and Simon T. Steckel, Esq., on behalf of Franklin Gell have reached an agreement as to a modification of the Defendant's current bond so as to facilitate the Defendant spending the Christmas holidays with his family. Specifically, the parties have agreed to modify the Defendant's bond so as to permit him a furlough from Riverside House in Miami, Florida to reside at his home which is located at 14811 S.W. 45th Lane, Miami, Florida from Friday, December 22, 2000 at 5:00 p.m. until Tuesday, December 26, 2000 at 5:00 p.m.

5. The Defendant, FRANKLIN GELL has never failed to abide by Court process or abide by Court orders. The Defendant has never forfeited a bond. The Defendant has _never_ failed to appear for any Court date when required. The Defendant intends to abide by all Court orders by this Honorable Court without qualifications.

**WHEREFORE**, the Defendant hereby respectfully requests this Honorable Court adopt the agreement reached between the United States of America, through Assistant United States Attorney Don Chase, and Simon T. Steckel, Esq., on behalf of Franklin Gell and modify the Defendant's bond so as to permit him a furlough to his home which is located at 14811 S.W. 45th Lane, Miami, Florida from Friday, December 22, 2000 at 5:00 p.m. until Tuesday, December 26, 2000 at 5:00 p.m.

Respectfully submitted,

Law Offices
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel. (305) 373-1900

By: _____
SIMON T. STECKEL

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forward to the Office of the United States Attorney, this _20_ day of December, 2000.

By: _____
SIMON T. STECKEL

3