UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO.: 00-6280-CR-DIMITROULEAS

    Plaintiff,

vs.                                                                  ORDER APPROVING
                                                                     AGREEMENT OF THE
                                                                     PARTIES AND MODIFYING BOND
FRANKLIN GELL,                                                       TO PERMIT FURLOUGH

    Defendant.
_____/

THIS CAUSE having come on before this Honorable Court upon the Defendant's Unopposed and Agreed Motion to Modify Bond so as to Permit Furlough and the Court having considered the agreement of the Parties between Assistant United States Attorney Don Chase on behalf of the United States of America and Simon T. Steckel, Esq. on behalf of the Defendant, and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the agreement of the Parties is hereby adopted by this Honorable Court, therefore, it is further

ORDERED AND ADJUDGED that the Defendant's bond is hereby modified to permit FRANKLIN GELL a furlough from Riverside House in Miami, Florida to reside at his home which is located at 14811 S.W. 45th Lane, Miami, Florida from Friday, December 22, 2000 at 5:00 p.m. until Tuesday, December 26, 2000 at 5:00 p.m.. All other previously set reporting conditions not inconsistent with the above shall remain the same. The Defendant shall return to Riverside House no later than 5:00 p.m. on Tuesday, December 26, 2000.

DONE AND ORDERED in Miami, Florida this 21 day of December, 2000.

United States District Court Judge

cc:  AUSA Don Chase
     Simon T. Steckel, Esq.
     USPO