UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6280-CR-DIMITROULEAS

Plaintiff,

vs.

FRANKLIN GELL,

Defendant.

_____/

CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION TO STRIKE

THIS CAUSE having come before this Court on Defendant's Motion To Strike, Excise,

and/or Clarify [DE-26], and the Court noting that no proposed order, as required by Local Rule

7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at sentencing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Simon Steckel, Esquire
701 Brickell Avenue, #3260
Miami, FL 33131

Don Chase, AUSA

