UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6280-CR-DIMITROULEAS

Plaintiff,

vs.

FRANKLIN GELL,

Defendant.
_____/

## ORDER DEFERRING RULING ON MOTION TO STRIKE

THIS CAUSE having come before this Court on Defendant's January 16, 2001 Amended Motion to Strike, Excise, and/or Clarify the Court will defer ruling until the time of sentencing.

DONE and ORDERED at Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:
Simon Steckel, Esq.
701 Brickell Avenue
Suite 3260
Miami, Fl 33131

Don Chase, AUSA