UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6280-CR-DIMITROULEAS

Plaintiff,

vs.

UNOPPOSED MOTION FOR
CONTINUANCE OF SENTENCING DATE

FRANKLIN GELL

Defendant.

_____/

**NIGHT BOX
FILED
JAN 17, 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL**

COMES NOW the Defendant, FRANKLIN GELL, by and through the undersigned counsel, and moves this Honorable Court to continue the sentencing date in the above styled cause and as grounds therefore would state the following:

1. The sentencing date is currently scheduled for Friday, January 19, 2001 at 10:45 a.m. before the Honorable William P. Dimitrouleas, United States District Court Judge.

2. This is the first time that this matter has been set for sentencing. On January 17, 2001, the undersigned was contacted by Assistant United States Attorney Don Chase, who has been assigned to the prosecution of this case, and advised that due to a family emergency he must immediately travel to Mexico. Hence, he shall be unavailable to attend the sentencing as currently scheduled. He had specifically requested that I advise the Court of his situation, and request a continuance of this matter.



3. Further, this Honorable Court has recently ordered that Franklin Gell be released from a pre-trial surety bond residence requirement at Riverside House in Miami, Florida. Due to the reasons stated within that sealed pleading filed on or about January 5, 2001, the government and the defense would also jointly request that this matter be continued at this time for approximately one month.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

The undersigned hereby certifies that he has contacted Assistant United States Attorney Don Chase, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to this Honorable Court granting said motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Continue the sentencing date in the above styled cause.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL, ESQ.
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Don Chase, Office of the United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394-3002 on this _17_ day of _JANUARY_, 2001.

By: _____
SIMON T. STECKEL