UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6280-CR-DIMITROULEAS

    Plaintiff,

vs.

ORDER GRANTING UNOPPOSED
MOTION FOR CONTINUANCE OF
SENTENCING DATE

FRANKLIN GELL

    Defendant.
_____/

THIS CAUSE having come on before this Honorable Court upon Defendant's Motion for Continuance of Sentencing Date and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is granted, and

ORDERED AND ADJUDGED that the new sentencing date shall be on the 16 day of February, 2001 at 11:30 A.M.

DONE AND ORDERED in Ft. Lauderdale, Florida this the 18 day of January, 2001.

UNITED STATES DISTRICT COURT JUDGE
WILLIAM P. DIMITROULEAS

cc:  Simon T. Steckel, Esq.
     AUSA Don Chase
     U.S.P.O.