## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED BY _____ D.C.
FEB 15

CASE NUMBER: 00-6280-CR-WPD   DATE: February 15, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Tracy Webb   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Franklin Hill

U.S. ATTORNEY: Kerry Barefield / Don Chase   DEFT. COUNSEL: Semon Steddle

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 14 months BOP, 3 years Supervised Release, No Fine, $100 ° Assessment

Reduction is Based on 5G1.3 and is not a downward departure. Court recommends drug treatment while in prison, designation to a facility in Florida.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.

