UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6280-CR-WPD

    Plaintiff,          **UNOPPOSED**
**MOTION TO DISCHARGE SURETY**
vs.

FRANKLIN GELL,

    Defendant.
_____/

**COMES NOW** the Defendant, by and through the undersigned counsel, and moves this Court for an Order discharging surety in the above-captioned case and in support would show:

    1.    On or about August 14, 2000, the Defendant was released on a $150,000.00 ten percent bond in which 10% ($15,000.00) was deposited with the Clerk of the Court.

    2.    Thereafter, on February 15, 2001, the Defendant was sentenced to fourteen (14) months incarceration by this Honorable Court and he surrendered and was taken back into custody.

    3.    That the depositor and refundee of the 10% Clerk's Bond, Receipt number 401-520190, for $15,000.00 plus accrued interest is Hilda Y. Morillas, (See attached Exhibit # 1).

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

    4.    The undersigned hereby certifies that he has previously contacted Assistant United States Attorney Don Chase, and that he has no objection to the Court granting said Motion.



**WHEREFORE**, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Discharge all sureties in the above-captioned case and return said funds deposited with the Clerk of the Court.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Don Chase, Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida on **this 7th day of March, 2001.**

By: _____
SIMON T. STECKEL

2

EXHIBIT #1

```
Mon Aug 14 11:41:23 2000

    UNITED STATES DISTRICT COURT

    MIAMI          , FL

Receipt No.   401 520190
Cashier       liz

Tender Type  CHECK

Check Number: 63-436660 #361981

Transaction Type   C

Case No./Def No. 0:99-MG-000000/   0

DO Code    Div No     Acct
 4600        0       604700

Amount              $ 15000.00

HILDA Y. MORILLAS, 7830 SW 85 CT., MIAMI
, FL 33143

00MG4199/BSS/10% CASH BOND/USA V FRANKLI
N GELL
```

```
Mon Aug 14 11:41:23 2000

Check No. 63-436660 #361981
Amount$ 15000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```

2  FRANKLIN GELL # 55427-004        361981
6  T003YB6                       OF FLORIDA             63-436/660
                                                Date August 11  00

CLERK, US COURT

Pay to the order of                                $****15,000.00
**Fifteen Thousand Dollars and Zero Cents**
                                                           Dollars

This document has a colored background, Copy Shield, FoilGuard, and a backside simulated watermark; absence of these features will indicate a copy.

Cashier's Check
HILDA Y. MORILLAS

⑊"036198⒈"' ⦂066004367⦂ 150000050⦂"