UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANKLIN GELL

    Defendant.
_____/

CASE NO.: 00-6280-CR-WPD

**ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE SURETY AND ORDERING RETURN OF FUNDS DEPOSITED WITH CLERK**

FILED by _____ D.C.

MAR 1 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** having come on to be heard upon Defendant, FRANKLIN GELL's Motion to Discharge Surety and Ordering Return of Funds Deposited with Clerk, and this Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby granted, it is further

**ORDERED AND ADJUDGED** that the 10% Clerk's bond in the amount of $15,000.00 plus accrued interest be returned to the refundee Hilda Y. Morillas.

**ORDERED AND ADJUDGED** that all sureties in the above-captioned case are discharged.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this 12 day of March, 2001.

UNITED STATES DISTRICT JUDGE

cc:    AUSA Don Chase
       Simon T. Steckel, Esq.

